# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:19-CR-0086-S |
| | § | |
| FAHD NAEEM AHMAD (18) | § | |

## ORDER ADOPTING FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the Petition for Person Under Supervision [ECF No. 1191], to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Fahd Naeem Ahmad's term of supervised release. *See* Order, ECF No. 1198. The Court received the Findings, Conclusion and Recommendation ("Recommendation") [ECF No. 1203] pursuant to its order. Defendant waived his right to object to the Recommendation, consented to revocation and imposition of the Magistrate Judge's recommended sentence, and waived his right to allocute before the district judge. *See* Consent to Revocation of Supervised Release and Waiver of Right to Be Present and Speak at Sentencing and to Object to Recommendation of U.S. Magistrate Judge, ECF No. 1208. The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of seven (7) months with no additional term of supervised release to follow.

The Court recommends that Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas. Defendant shall report to the institution designated no later than **June 15, 2023, before 2:00 p.m.**

    **SO ORDERED.**

    SIGNED May 16, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**